**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SARAEL DIAZ DE LEON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-02149-SHL-cgc |
| | ) | |
| SCOTT LADWIG, et al., | ) | |
| Respondents. | ) | |

**ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION FOR
WRIT OF HABEAS CORPUS AND TERMINATE CASE WITHOUT PREJUDICE**

Petitioner Sarael Diaz De Leon seeks to withdraw his petition for writ of habeas corpus filed under 28 U.S.C. § 2241.  (ECF No. 12.)  He initially brought this action on February 13, 2026, challenging his continued immigration-related detention in the West Tennessee Detention Facility and Respondents' denial of a bond hearing.  (ECF No. 1.)  Now, Diaz De Leon seeks to terminate this case because an immigration judge entered an order of removal on April 24, 2026.  (ECF No. 12 at PageID 72.)  Diaz De Leon does not wish to appeal that order with the Board of Immigration Appeals.  (Id.)  Respondents do not oppose this Motion.  (ECF No. 13.)  The Court finds the Motion well-taken, and it is **GRANTED**.  Diaz De Leon's Petition is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 27th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE